[No. 34019-4-II. Division Two. August 21, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. FRED IRVINE LEFFLER, *Appellant*.

The opinion in the above captioned case, which appeared in the advance sheets at 140 Wn. App. 223-33, has not been published in this permanent bound volume pursuant to an order of the Court of Appeals dated December 18, 2007 granting reconsideration, withdrawing the opinion, and substituting a new opinion. See 142 Wn. App. 175.